UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ABU SALIM,<br><br>                 Petitioner,<br><br>        v.<br><br>WARDEN,<br><br>                 Respondent. | No.  1:26-cv-01121-DAD-AC (HC)<br><br><u>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS IN PART</u><br><br>(Doc. Nos. 1, 13) |

Petitioner Ali Abu Salim, A-File No. 070-085-253, is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 15, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be granted.  (Doc. No. 13.)  Specifically, the assigned magistrate judge found that petitioner's post-removal order detention of more than six months has become constitutionally impermissible and, in re-detaining petitioner, the government had failed to comply with its own regulations governing the re-detention of individuals who are subject to a final order of removal.  (*Id.* at 3–6.)  The assigned magistrate judge also concluded that respondent's third country removal procedures violate due process and are punitive in nature.  (*Id.* at 6–10.)

1

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days after service. (*Id.* at 11.) On May 15, 2026, respondent filed objections to the pending findings and recommendations. (Doc. No. 14.) Respondent's objection consists of a single sentence that "Respondent object to the findings and recommendations based on the same arguments raised in the prior filings." (*Id.* at 1.) This objection does not serve as a basis to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are largely supported by the record and by proper analysis. However, the court declines to adopt the recommendation that respondent be enjoined from removing petitioner to a third country absent constitutionally compliant procedures because there is presently no indication that the government is seeking to remove petitioner to a third country. Therefore, that issue is not presently before the court and the undersigned therefore finds that an order enjoining petitioner's removal to a third country is not called for at this time.

Accordingly,

1. The findings and recommendations filed on May 15, 2026 (Doc. No. 13) are ADOPTED IN PART:

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a. Respondent is ORDERED to immediately release petitioner Ali Abu Salim, A-File No. 070-085-253, from respondent's custody under the same conditions he was subject to prior to his re-detention on or about November 25, 2025;

    b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge;

    c. Petitioner's request for an order enjoining respondent from effectuating petitioner's removal to a third country absent certain protections is

DENIED without prejudice to renewal should the issue of third country removal become ripe for judicial review;

3. The Clerk of the Court is directed to serve the California City Detention Center with a copy of this order; and

4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **May 26, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3